FILED

2022 JUN -2 AM 11: 05

~~CLERK US DISTRICT COURT~~
~~CENTRAL DIST OF CALIF.~~
~~LOS ANGELES~~

BY _____

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

United States of America

PLAINTIFF(S)

v.

Janquil Josselyn Jackson

DEFENDANT(S).

CASE NUMBER

3:22-CR-112-9

MJ 22-02178

AFFIDAVIT RE
OUT-OF-DISTRICT WARRANT

The above-named defendant was charged by: *SA Christopher Morgan, Drug Enforcement*
in the *Western* District of *North Carolina* on *4/21/22* *Administration*
at _____ ☐ a.m. / ☐ p.m.  The offense was allegedly committed on or about _____
in violation of Title *21* U.S.C., Section(s) *846*
to wit: *Conspiracy to Distribute and Possess with Intent To Distribute Cocaine and Fentanyl*

A warrant for defendant's arrest was issued by: *Frank G. Johns*

Bond of $_____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

I swear that the foregoing is true and correct to the best of my knowledge.

Sworn to before me, and subscribed in my presence on _____, by

_____, Deputy Clerk.

s/Gerald West
Signature of Agent

Gerald West
Print Name of Agent

DEA
Agency

DEA
Title

CR-52 (05/98)                    AFFIDAVIT RE OUT-OF-DISTRICT WARRANT